UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 NOV -2 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ PTM DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROSA LYDIA CANNELLA,<br><br>    Defendant. | CASE NO. 06CR0686-JM<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**XX** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case,; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: 10/23/2006

              _Jeffrey T. Miller_____
              JEFFREY T. MILLER
              UNITED STATES DISTRICT JUDGE

              ENTERED ON _____